**FREELANCE ENTERTAINMENT, LLC; J.B. Hunt; Pamela Rushing, Individually, Plaintiffs–Appellants,**

v.

**Harry SANDERS; J.L. Williams, Tommy Southerland; Joe Brooks; Leroy Brooks, In their Official Capacities as members of the Board of Supervisors of Lowndes County, Mississippi, C.B. "Butch Howard", In his Official Capacity as Sheriff of Lowndes County, Mississippi, Defendants–Appellees.**

No. 04–60282.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 25, 2004.

Michael Francis Pleasants, Pleasants Law Firm, Memphis, TN, for Plaintiff–Appellant.

Timothy Cecil Hudson, Sims & Sims, Allison Pritchard Kizer, Columbus, MS, for Defendant–Appellee.

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM: *

The district court correctly determined that the motion for attorney's fees was untimely. *See Romaguera v. Gegenheim-*er, 162 F.3d 893 (5th Cir.1998). Thus, the judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.